# United States District Court
## Southern District of Ohio at Columbus

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**WILLIAM R. KISOR**, II | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: **2:03-cr-197**<br><br>USM Number:<br><br>STEVE NOLDER<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔]    admitted guilt to violation of condition(s) <u>1,3 AND 4</u> of the term of supervision.
[ ]    was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 Mandatory Condition | Defendant shall not commit another Federal, state or local crime. | 07/03/12 |
| 3 Special Condition | Defendant shall not possess any pornographic Material | 07/03/12 |
| 4 Special Condition | Defendant prohibited from use of any computer | 06/21/12 |

        The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

        IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:   **5723** | January 23, 2013 |
| | Date of Imposition of Sentence |
| Defendant's Year of Birth:   **1968** | |
| City and State of Defendant's Residence<br>**In custody** | *s/George C. Smith*<br>Signature of Judicial Officer |
| | **GEORGE C. SMITH**, United States Senior District Judge<br>Name & Title of Judicial Officer |
| | January 23, 2013<br>Date |

AO 245D (Rev. 12/07) Sheet 2 - Imprisonment

AO 245D (Rev. 12/07)  Sheet 2 - Imprisonment

CASE NUMBER: 2:03-CR-197  
DEFENDANT: WILLIAM R. KISOR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months**.

This term of imprisonment shall run **CONCURRENTLY** with the sentence imposed in 2:12-cr-141 and **CONSECUTIVE** to the term of imprisonment imposed in 2:12-cr-182.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before 2:00 p.m. on _____.
     [ ] as notified by the United States Marshal but no sooner than
     [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
     Deputy U.S. Marshal